# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **DEM TECHNOLOGY, L.L.C.**<br>**755 Albany Street**<br>**Dayton, Ohio 45408** | * | CASE NO. 3:08-CV-0448<br><br>**JUDGE THOMAS ROSE** |
| **Plaintiff,** | * | |
| v. | | **CONDITIONAL ORDER OF**<br>**DISMISSAL (CASE SETTLED)** |
| **COMPONENT HARDWARE GROUP, INC.**<br>**1890 Swarthmore Avenue**<br>**Lakewood, New Jersey 08701** | * | |
| **Defendant.** | * | |

This case having been reported as settled is conditionally dismissed without prejudice until such time as a final dismissal entry with prejudice is filed.

IT IS SO ORDERED:

s/THOMAS M. ROSE
_____
JUDGE THOMAS ROSE

**FREUND, FREEZE & ARNOLD**
**A Legal Professional Association**

| | |
|---|---|
| /s/ Matthew D. DiCicco_____ | /s/ Francis C. Hand_____ |
| Matthew D. DiCicco (0072889) | Francis C. Hand |
| FREUND, FREEZE & ARNOLD | CARELLA, BYRNE, BAIN, |
| One Dayton Centre | GILFALLAN, CECCHI, |
| 1 South Main Street, Suite 1800 | STEWART, & OLSTEIN |
| Dayton, OH  45402-2017 | 5 Becker Farm Road |
| Phone: (937) 222-2424 | Roseland, NJ  07068 |
| Fax: (937) 222-5369 | Phone: (973) 994-1700 |
| Mdicicco@ffalaw.com | Fax: (973) 994-1744 |
| Attorney for Plaintiff | FHand@CarellaByrne.com |
| | Attorney for Defendant |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served upon all parties by electronic mail on the date of filing.

/s/ Matthew D. DiCicco_____
Matthew D. DiCicco